**Entered on Docket**
**March 23, 2011**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Christopher M. Hunter, Esq., SBN 8127
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 110
Las Vegas, NV  89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor, Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2004-FF2, its assignees and/or successors and the servicing agent OCWEN LOAN SERVICING, LLC

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. 08-20079-BAM |
| | ) |
| Jay Jack Dana, | ) Chapter  11 |
| | ) |
| Debtor | ) |
| | ) |
| | ) |
| | ) **ORDER DISMISSING CASE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Secured Creditor, WELLS FARGO BANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2004-FF2, Motion to Dismiss Chapter 11 bankruptcy case under the provisions of 11 U.S.C. § 1112 (the "Motion") came on for hearing before the

1

Court at 9:00 a.m. on March 15, 2011. Christopher M. Hunter, Esq., of McCarthy & Holthus, LLP, appeared on behalf of Secured Creditor and Debtor appeared pro se. The Court having considered the moving papers, its own files, and the arguments of the parties and good cause appearing finds that the Secured Creditor has established cause for dismissal under 11 U.S.C. ¶ 1112(b)(1) in that Debtor has not complied with orders of this Court and has failed to confirm a plan within the timeframe established by the Court. In addition, Debtor has failed in his opposition to establish a probability that a plan will be confirmed within a reasonable time.

Accordingly, the Court hereby

ORDERS that the Motion to Dismiss is granted without prejudice and the above referenced chapter 11 bankruptcy case is hereby dismissed.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Christopher M. Hunter*
Christopher M. Hunter, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Mailed 3/16/11
    DEBTOR
    Jay Jack Dana
    3830 Topaz Street
    Las Vegas, NV 89121

2

<u>ALTERNATIVE METHOD re: RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: Debtor-failed to respond

Trustee: None

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/Christopher M. Hunter
Christopher M. Hunter, Esq.

### 

3

4